# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0315.   MILDRED GARRISON-OBI v. U. S. BANK NATIONAL ASSOCIATION.**

The magistrate court entered a judgment against defendant Mildred Garrison-Obi in this dispossessory action.  On August 23, 2012, the trial court entered an order granting the writ of possession and dismissing Garrison-Obi's notice of appeal to superior court because it was not filed within seven days of the magistrate court's order granting the writ of possession. On September 19, 2012, appellant filed her notice of appeal in this Court.  We lack jurisdiction.

Pursuant to OCGA § 44-7-56, an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered.  See also *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Garrison-Obi's notice of appeal was filed 27 days after the superior court's order was entered. Therefore, we lack jurisdiction over this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/31/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*